UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 120-62681-CV-SMIITH

BENJAMIN ALMONTE,

    Plaintiff,

vs.

NSBC GROUP, LLC,

    Defendant.

_____/

### ORDER OF FINAL DISMISSAL

This matter is before the Court on the Magistrate Judge's Report and Recommendation to District Judge [DE 8], recommending that the parties' Joint Motion for Entry of Order Approving Settlement and Dismissing Case with Prejudice [DE 4] be granted because the parties' Settlement Agreement is a "fair and reasonable resolution of a bona fide dispute over FLSA provisions," *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1355 (11th Cir. 1982). Accordingly, it is

**ORDERED** that:

1. The parties' Joint Motion for Entry of Order Approving Settlement and Dismissing Case with Prejudice [DE 4] is **GRANTED** and the Settlement Agreement is **APPROVED**.

2. All pending motions not otherwise ruled upon are **DENIED as moot**.

3. This action is **DISMISSED with prejudice**.

4. The Court shall retain jurisdiction until **August 31, 2021** to enforce the terms of the parties' Settlement Agreement.

5. This case is **CLOSED.**

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 11th day of May, 2021.

                                        _____
                                        RODNEY SMITH
                                        UNITED STATES DISTRICT JUDGE

cc:    All counsel of record